UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| AYMAN M. ABUHAMDEH, | : | CASE NO. 1:20-cv-00954 |
| Plaintiff, | : | OPINION & ORDER |
|  | : | [Resolving Doc. 1] |
| vs. | : |  |
| COMMISSIONER OF SOCIAL SECURITY, | : |  |
| Defendant. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Ayman M. Abuhamdeh seeks judicial review of the Social Security Commissioner's final decision denying Abuhamdeh's disability insurance benefits and supplemental security income applications.[1]

Under Local Rule 72.2(b), this case was automatically referred to a Magistrate Judge for a Report and Recommendation.[2] On July 16, 2021, Magistrate Judge David A. Ruiz issued a Report and Recommendation, recommending that this Court affirm the Commissioner's decision.[3] Any objections to the Report and Recommendation were due by July 30, 2021.[4] Neither party filed objections.

---

[1] Doc. 1.
[2] Local Rule 72.2(b).
[3] Doc. 16.
[4] 28 U.S.C. § 636(b)(1); Local Rule 72.3(b).

Case No. 1:20-cv-00954
GWIN, J.

Because the parties did not object, the Court could adopt the Report and Recommendation without further review.[5] Still, the Court reviewed the Report and Recommendation and agrees with Magistrate Judge Ruiz's determinations.

Accordingly, the Court **ADOPTS** Magistrate Judge Ruiz's Report and Recommendation and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: August 3, 2021       *s/    James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE

---

[5] *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149–53 (1985); *U.S. v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).